# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIELA MURRILLO, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br>OBI SEAFOODS, LLC,<br>    Defendant. | Case No. 25-0588-SKV<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO CONSOLIDATE |
| TARA HAMLIN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br>OBI SEAFOODS, LLC,<br>    Defendant. | Case No. 25-0618-LK |

  WHEREAS, Plaintiffs Mariela Murrillo and Tara Hamlin ("Plaintiffs") jointly move, pursuant to Federal Rule of Civil Procedure 42, to consolidate the related actions, *Murrillo v. OBI Seafoods, LLC*, No. 2:25-cv-00588-SKV ("*Murrillo*"), and *Hamlin v. OBI Seafoods, LLC*, No. 2:25-cv-00618-LK ("*Hamlin*") (together, the "Related Actions"); and

  WHEREAS, Defendant OBI Seafoods, LLC ("Defendant") has taken no position on Plaintiffs' Joint Motion for Consolidation Pursuant to Fed. R. Civ. P. 42;

  WHEREAS, the Court has carefully reviewed the motion and exhibits attached thereto, as well as all files, records, and prior proceedings to date in this matter, and good cause appearing based on the record, it is hereby **ORDERED** that:

  1. Related Matters *Murrillo v. OBI Seafoods, LLC*, No. 2:25-cv-00588-SKV and *Hamlin v. OBI Seafoods, LLC*, No. 2:25-cv-00618-LK shall be consolidated for all purposes.

---

ORDER GRANTING JOINT MOTION TO CONSOLIDATE - 1
Case No. C25-0588

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

*Murrillo* case is designated as the lead case. All papers filed in the Consolidated Action shall be filed under Case No. C25-0588-SKV.

2. All future-filed or transferred actions that are related to the Consolidated Action pursuant to Federal Rule of Civil Procedure 42 (in that they are based on the same or similar facts and circumstances) shall be consolidated into the Consolidated Action.

3. All pending deadlines and hearings in the *Murrillo* and *Hamlin* actions are struck.

4. Defendant need not file a response to the current complaints in *Murrillo* and *Hamlin*.

5. Initial deadlines for the Consolidated Action are as follows:

    a. Interim Co-Lead Class Counsel shall file a Consolidated Complaint no later than 30 days following entry of this Order;

    b. Defendant shall file an answer or otherwise respond to the Consolidated Complaint within 30 days of the filing of the Consolidated Complaint.

**IT IS SO ORDERED**.

Dated: May 14, 2025

_____
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

*/s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA No. 52684
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
kboyd@tousley.com

ORDER GRANTING JOINT MOTION TO CONSOLIDATE - 2
Case No. C25-0588

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Danielle L. Perry (admitted *pro hac vice*) |
| 2 | **MASON LLP** |
| | 5335 Wisconsin Avenue, NW, Suite 640 |
| 3 | Washington, DC 20015 |
| | Telephone: (202) 429-2290 |
| 4 | dperry@masonllp.com |
| 5 | |
| | Mariya Weekes* |
| 6 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| 7 | 201 Sevilla Avenue, 2nd Floor |
| | Coral Gables, Florida 33134 |
| 8 | Telephone: (786) 879-8200 |
| 9 | mweekes@milberg.com |
| 10 | *Pro hac vice forthcoming* |
| 11 | |
| 12 | *Attorneys for Plaintiff* |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

ORDER GRANTING JOINT MOTION TO CONSOLIDATE - 3
Case No. C25-0588

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992